SCWC-12-0000450

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

PAUL K. CULLEN aka PAUL KAUKA NAKI,
Petitioner/Plaintiff-Appellant,

vs.

LAVINIA CURRIER and PUU O HOKU RANCH, LTD.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000450; DC-CIVIL NO. 11-1-3105)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Paul K. Cullen aka Paul Kauka Naki's application for writ of certiorari filed March 27, 2015, was filed more than thirty days after the filing of the ICA's January 5, 2015, judgment on appeal. The application is untimely, and thus, this court lacks appellate jurisdiction. See Hawai'i Revised Statutes § 602-59(c) (Supp. 2011); Hawai'i Rules of Appellate Procedure Rule 40.1(a)(1).

IT IS HEREBY ORDERED that the application for writ of certiorari is dismissed.

DATED: Honolulu, Hawai'i, April 27, 2015.

Paul K. Cullen aka
Paul Kauka Naki,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

